AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MANUEL L. BELIZ,

        Petitioner,

            v.

TIMOTHY WENGLER,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-065-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by A Person in State Custody is Denied.

Judgment is entered in favor of the Respondent.

| | |
|---|---|
| September 25, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |